UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ROBERT A. FARMER, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 1:04-CV-287/1:02-CR-61 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

For the reasons set forth in the accompanying Memorandum, the Court finds Petitioner Robert A. Farmer's ("Petitioner") conviction and sentence were not in violation of the Constitution or laws of the United States and, therefore, **DENIES** Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1). Further, the Court **DECLINES** to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and **CERTIFIES** that any appeal in this matter by Petitioner would not be taken in good faith. Lastly, the Court **DENIES** Petitioner's Motion to Strike Government's Response and/or in the Alternative, to Hold Case in Abeyance (Court File No. 6).

**SO ORDERED.**

**ENTER:**

                                                                                           **/s/**
                                                                       **CURTIS L. COLLIER, CHIEF**
                                                                       **UNITED STATES DISTRICT JUDGE**